IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

       Plaintiff,                       CV F 06 1307 LJO WMW   P

    vs.                              ORDER RE MOTION (DOC 5 )

WARDEN, CCI, et al.,

       Defendants.

      Plaintiff has filed a motion for extension of time in which to file objections to the findings and recommendations entered on January 5, 2007.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 27, 2007, in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   February 26, 2007**          /s/  **William M. Wunderlich**
j14hj0                                      UNITED STATES MAGISTRATE JUDGE