IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER

    Plaintiff,                                CV F 06 1307 LJO WMW P

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#5)

CCI WARDEN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On January 5, 2007, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1        Accordingly, THE COURT HEREBY ORDERS that:

2        1. The Findings and Recommendations issued by the Magistrate Judge on
3   January 5, 2007, are adopted in full; and

4        2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28
5   U.S.C. § 1915(g).

6        3. Plaintiff is directed to submit, within thirty days of the date of service of this
7   order, the $350 filing fee for this action in full.  Plaintiff's failure to do so will result in dismissal
8   of this action pursuant to Local Rule 11-110 for failure to obey a court order.

13  IT IS SO ORDERED.

14  Dated:   **March 27, 2007**                          /s/ Lawrence J. O'Neill
    b9ed48                                      UNITED STATES DISTRICT JUDGE